JEANNIE Z. LEGGAT, Respondent, *v.* MARIETTA LEGGAT, as Executrix of RICHARD J. LEGGAT, Deceased, Appellant.

*Leggat* v. *Leggat*, 79 App. Div. 141, affirmed.
(Argued October 27, 1903; decided November 10, 1903.)

APPEAL from a judgment, entered February 11, 1903, upon an order of the Appellate Division of the Supreme Court in

the second judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division and denying a motion for a new trial.

*William A. Keener* and *A. Delos Kneeland* for appellant.

*Joseph A. Burr* and *Michael Furst* for respondent.

Judgment affirmed, with costs on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.